IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAKESHA LAWSON, *et al.*, | ) | CASE NO. 1:15-CV-01698 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | **DEFENDANTS' JOINT** |
| | ) | **STIPULATION TO PLAINTIFF'S** |
| LOUIS PIPOLY, *et al.*, | ) | **VOLUNTARY DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants now jointly stipulate to Plaintiff's 41(a)(1) Notice of Voluntary Dismissal Without Prejudice filed on October 3, 2016.

Respectfully Submitted,

s/*Forrest A. Norman*
FORREST NORMAN (0059389)
Dickie, McCamey & Chilcote, P.C.
600 Superior Ave. East, Suite 2330
Cleveland, Ohio 44114
Tel: (216) 685-1827
Fax: (888) 811-7144
Email: fnorman@dmclaw.com
*Attorney for Defendants Pipoly, Dillon, Dunn, and Duller*

s/*Aikaterini Houston*
AIKATERINI HOUSTON (0086262)
Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114
Tel: (216) 664-2800
Fax: (216) 664-2663
Email: AHouston@city.cleveland.oh.us
*Attorney for Defendants City of Cleveland and Peters*

1

## CERTIFICATE OF SERVICE

I certify that on October 3, 2016, a copy of **Defendants' Joint Stipulation to Plaintiff's Voluntary Dismissal without Prejudice** was electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/ Aikaterini Houston*
AIKATERINI HOUSTON (0086262)